JOHN R. MALANY, Respondent, *v.* NATHAN S. PERKINS, Appellant.

*Malany* v. *Perkins*, 12 App. Div. 625, appeal dismissed.
(Submitted April 19, 1897 ; decided May 4, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 19, 1896, which affirmed a judgment of the Monroe County Court affirming a judgment in favor of plaintiff rendered by the Municipal Court of the city of Rochester.

The motion was made upon the ground that the Appellate Division had not allowed an appeal to the Court of Appeals nor had it certified any question of law for review.

*Bills & Smythe* for motion.

Motion granted, with costs.